■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORA K. GRAMZA, Appellant. (Appeal No. 2.) [31 NYS3d 911]— Appeal from a judgment of the Erie County Court (Kenneth F. Case, J.), rendered January 22, 2014. The judgment convicted defendant, upon her plea of guilty, of offering a false instrument for filing in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Gramza* ([appeal No. 1] 140 AD3d 1643 [2016]). Present—Peradotto, J.P., Carni, Lindley, Curran and Troutman, JJ.